**IN THE DISTRICT COURT OF THE UNITED STATES**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

DONNA VESTUTI,

Plaintiff,

Civil Case No.:

-against-

Action for damages

**JURY TRIAL DEMANDED**

MARRIOTT INTERNATIONAL, INC.,

Defendant.

---------------------------------------------------------------------X

**COMPLAINT**

**COMES NOW** Plaintiff, Donna Vestuti, by and through her attorneys, Morris, Duffy, Alonso, Faley & Pitcoff, LLP, and files her complaint against the defendant, Marriott International, Inc. and alleges as follows:

**JURISDICTION**

1. This court has jurisdiction pursuant to 28 U.S.C. Section 1332, due to the complete diversity of citizenship of the parties and the fact that the amount in controversy exceeds the sum of $75,000.00.

2. That plaintiff, Donna Vestuti, is a citizen of the United States and resides in New York State in New York County.

3. That Marriott International, Inc. is a Delaware corporation.

4. That Marriott International, Inc, maintains it's principle place of business in Maryland.

5. That Marriott International Inc. is a foreign corporation licensed to do business in the State of New York.

6. That Marriott International, Inc. transacts business in the United States and New York State for it's financial benefit.

7. That Marriott International, Inc. conducts business in the United States and New York State for the it's financial benefit.

8. That Marriott International, Inc. solicits business in the United States and New York State for the it's financial benefit.

9. That Marriott International, Inc. advertises for business in the United States and New York State for the it's financial benefit.

10. That Marriott International, Inc. operates a business in the United States and New York State for the it's financial benefit.

**AS AND FOR A FIRST CAUSE OF ACTION**

11. That at all times hereinafter mentioned, Marriott International, Inc. owned the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

12. That at all times hereinafter mentioned, Marriott International, Inc. operated the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

13. That at all times hereinafter mentioned, Marriott International, Inc. maintained the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

14. That at all times hereinafter mentioned, Marriott International, Inc. managed the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

15. That at all times hereinafter mentioned, Marriott International, Inc. controlled the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

16. That at all times hereinafter mentioned, Marriott International, Inc. inspected the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

17. That at all times hereinafter mentioned, Marriott International, Inc. repaired the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

18. That at all times hereinafter mentioned, Marriott International, Inc. supervised the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

19. That at all times hereinafter mentioned, Marriott International, Inc. promoted the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

20. That at all times hereinafter mentioned, Marriott International, Inc. was the lessor of property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

21. That at all times hereinafter mentioned, Marriott International, Inc. was the lessee of the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

22. That at all times hereinafter mentioned, Marriott International, Inc. was the franchisor of the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858

Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

23. That at all times hereinafter mentioned, Marriott International, Inc. was the franchisee of the property known as St. Kitts Marriott Resort & The Royal Beach Casino located at 858 Frigate Bay Road, Frigate Bay, St. Kitts and Nevis.

24. That on March 26, 2024, while the plaintiff, Donna Vestuti, was lawfully on the aforesaid premises, she was caused to slip and fall sustaining serious personal injuries requiring hospitalization and surgery as a result of the negligence and or carelessness of the defendant and/or it's employees, agents and servants.

25. That the plaintiff was caused to fall due to dangerous and defective conditions that were present on the public walkways, sidewalks and common areas at said location; including but not limited to improperly designed and maintained drains; failure to have proper non slip/skid surfaces; unsafe, sloped surfaces on paving tiles, stones and materials; allowing water to accumulate, pool and remain on walkway surfaces; failure to warn of dangerous conditions; and failure to place warning signs.

26. That Marriott International, Inc. created the defective conditions.

27. That Marriott International, Inc. had actual notice of the defective conditions.

28. That Marriot International, Inc had constructive notice of the defective conditions.

29. That as a result of the negligence of Marriott International Inc., the plaintiff suffered severe personal injuries, medical expenses, pain and suffering, and loss of enjoyment of life, all of which will continue into the future.

**AS AND FOR A SECOND CASUE OF ACTION**

30. That the plaintiff repeats and reiterates paragraphs numbered "1" through "29" above with full force and effect.

31. That the defective and dangerous conditions present at the premises and the walkways which caused the plaintiff to slip/trip and fall were all in violation of the laws, statutes, ordinances and regulations which were made to provide for safe and proper operation, control, maintenance, and ownership of the premises and subject walkways existing thereat.

32. That as a result of the aforesaid statutory, ordinance and regulation violations, the plaintiff was caused to suffer severe personal injuries, medical expenses, pain and suffering, and loss of enjoyment of life, all of which will continue into the future.

**WHEREFORE**, plaintiff prays for damages and judgement against the defendant together with interest, costs and fees and for such other relief as to this court just and proper.

Dated: New York, New York
May 25, 2024

*Kevin F. Mahon*

______________________________

By: Kevin F. Mahon, Esq.
3807
Morris, Duffy, Alonso, Faley & Pitcoff, LLP
Attorneys for Plaintiff
101 Greenwich Street
22nd Floor
New York, New York 10006
kmahon@mdafny.com
917-929-4338
212-766-1888

TO:

Marriott International, Inc.
7750 Wisconsin Avenue
Bethesda, MD 20814

Marriott International, Inc.
d/b/a
St. Kitts Marriott Resort
& The Royal Beach Condo
858 Frigate Bay Road
Frigate Bay, St. Kitts and Nevis