UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2024

```
------------------------------------------------------------------X
                                                  :
DONNA VESTUTI,                                    :
                                                  :
                              Plaintiff,          :
                                                  :            24-CV-4039 (VEC)
               -against-                          :
                                                  :                ORDER
MARRIOTT INTERNATIONAL, INC.,                     :
MARRIOTT WORLDWIDE CORPORATION                    :
and ROYAL ST. KITTS BEACH RESORT                  :
LIMITED,                                          :
                              Defendants.         :
------------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 15, 2024, Plaintiff filed an Amended Complaint;

      WHEREAS the Undersigned's Individual Rule 4(E)(i) requires the Plaintiff file a redlined version of the amended pleading comparing the revisions made to the prior version of the pleading; and

      WHEREAS Plaintiff did not file a redlined version of her amended pleading.

      IT IS HEREBY ORDERED that Plaintiff must file a redlined version of the amended complaint by no later than **August 19, 2024**.

**SO ORDERED.**

Date:  **August 16, 2024**
      **New York, NY**

                                              **VALERIE CAPRONI**
                                    **United States District Judge**