USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
DONNA VESTUTI, :
:
:
Plaintiff, :
: 24-CV-4039 (VEC)
-against- :
: ORDER
:
MARRIOTT INTERNATIONAL, INC., :
MARRIOTT WORLDWIDE CORPORATION :
and ROYAL ST. KITTS BEACH RESORT :
LIMITED, :
:
Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 15, 2024, Plaintiff filed an Amended Complaint;

WHEREAS the Undersigned's Individual Rule 4(E)(i) requires the Plaintiff file a redlined version of the amended pleading comparing the revisions made to the prior version of the pleading;

WHEREAS Plaintiff did not file a redlined version of her amended pleading, and the Court ordered Plaintiff to file a redlined version by August 19, 2024; and

WHEREAS Plaintiff filed a version of her amended pleading, which contained no redlined changes highlighting what was amended from the prior Complaint.

IT IS HEREBY ORDERED that Plaintiff must file a redlined version of the amended complaint, in which the changes are highlighted (i.e. in tracked changes) by no later than **August 22, 2024**.

**SO ORDERED.**

Date:  August 20, 2024
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**