USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
DONNA VESTUTI,                                                 :
                                                               :
                                  Plaintiff,                   :
                                                               :     24-CV-4039 (VEC)
               -against-                                       :
                                                               :     ORDER
                                                               :
MARRIOTT INTERNATIONAL, INC.,                                  :
MARRIOTT WORLDWIDE CORPORATION                                 :
and ROYAL ST. KITTS BEACH RESORT                               :
LIMITED,                                                       :
                                                               :
                                  Defendants.                  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on September 4, 2024, Defendant filed a Motion to Dismiss, *see* Dkt. 24;

   WHEREAS on September 23, 2024, Plaintiff filed a letter (the "Letter") requesting an adjournment of the Initial Pretrial Conference and the associated deadline to submit the proposed case management plan, *see* Dkt. 25;

   WHEREAS the Letter stated "plaintiff[] intent[ed] to file a second amended complaint," but did not state whether Defendants consented to the filing;

   WHEREAS on September 24, 2024, Plaintiff filed the redlined version of the Second Amended Complaint ("SAC"), along with an exhibit, *see* Dkt. 27;

   WHEREAS Rule 15 of the Federal Rules of Civil Procedure provides that a "party may amend its pleading once as a matter of course," Fed. R. Civ. P. 15(a)(1), and Plaintiff amended the Complaint on August 15, 2024, *see* Dkt. 16;

   WHEREAS Rule 15 requires that "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave," Fed. R. Civ. P. 15(2);

   WHEREAS Plaintiff filed the SAC without moving for leave and without stating whether Defendants consented;

WHEREAS the Court ordered Plaintiff to either move for leave to file the SAC or file a letter indicating that Defendants consent to the filing by no later than October 4, 2024, *see* Dkt. 28;

WHEREAS Plaintiff moved for leave to file the SAC on October 3, 2024, *see* Dkt. 29;

WHEREAS the Court granted Plaintiff's motion for leave on October 4, 2024 and directed Plaintiff to file a clean version of the SAC by October 8, 2024; and

WHEREAS to date, Plaintiff has not complied with the Court's order and has not filed a clean version of the SAC.

IT IS HEREBY ORDERED that Plaintiff must file a clean version of the SAC by no later than October 17, 2024.  Failure to abide by the Court's orders can result in sanctions.

**SO ORDERED.**

**Date:  October 15, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

2