```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
DONNA VESTUTI,                                                 :
                                                               :
                                        Plaintiff,             :
                                                               :   24-CV-4039 (VEC)
                -against-                                      :
                                                               :   ORDER
MARRIOTT INTERNATIONAL, INC.,                                  :
MARRIOTT WORLDWIDE CORPORATION                                 :
and ROYAL ST. KITTS BEACH RESORT                               :
LIMITED,                                                       :
                                        Defendants.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on October 29, 2024, the parties filed a joint letter and proposed case management plan ("CMP"), *see* Dkts. 36–37;

   WHEREAS the parties indicated in the CMP that they consent to conduct all further proceedings before a U.S. Magistrate Judge, *see* Dkt. 37;

   WHEREAS the CMP explicitly states that "[i]f all parties consent, the remaining paragraphs need not be completed. In addition, they shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, within three days of submitting this Proposed Case Management Plan and Scheduling Order" *see id*; and

   WHEREAS the parties filled out the rest of the CMP and did not submit an executed "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge."

   IT IS HEREBY ORDERED that the parties must submit an executed "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" by no later than October 31, 2024.

      IT IS FURTHER ORDERED that if the parties file that form by the required deadline, the Initial Pretrial Conference, currently scheduled for November 1, 2024 will be cancelled. The conference will not be cancelled if the parties fail to comply with the Court's order.

**SO ORDERED.**

Date:  **October 29, 2024**
       **New York, NY**

                                  **VALERIE CAPRONI**
                                  **United States District Judge**