```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA VESTUTI,

        Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC., MARRIOTT WORLDWIDE CORPORATION and ROYAL ST. KITTS BEACH RESORT LIMITED,

        Defendant(s).

24-CV-4039 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's conference, no discovery schedule will be set at this time. Any stipulation and proposed order, or letter-application, regarding transfer of venue, must be filed no later than **December 16, 2024**. Letter-briefing, if any, must comply with Judge Moses' Individual Practices.

Dated: New York, New York
       December 2, 2024

                      **SO ORDERED.**

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**