```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA VESTUTI,

            Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC., MARRIOTT WORLDWIDE CORPORATION and ROYAL ST. KITTS BEACH RESORT LIMITED,

            Defendant(s).

24-CV-4039 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By letter dated December 17, 2024, plaintiff requested that this Court transfer the instant matter to the United States District Court for the District of Maryland. (Dkt. 47.) The Court construes plaintiff's letter as a letter-motion made pursuant to 28 U.S.C. §§ 1404(b) and/or 1406(a). Defendant must respond no later than **December 20, 2024**. *See* Moses Indiv. Prac. § 2(e).

Dated: New York, New York
       December 18, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**